No. 570, Misc.  MEZICK *v.* WRIGHT, WARDEN
No. 602, Misc.  VOLKMANN *v.* RAGEN, WARDEN;
No. 604, Misc.  HALL *v.* RAGEN, WARDEN; and
No. 617, Misc.  FOLEY *v.* RAGEN, WARDEN.  The motions for leave to file petitions for writs of habeas corpus are denied.

*Certiorari Granted.*  (*See also Misc. Nos. 47, 106, 109, 184, 372 and 374, ante, p. 235.*)

No. 486.  BOYD *v.* GRAND TRUNK WESTERN RAILROAD Co.  Supreme Court of Michigan.  Certiorari granted. *Melvin L. Griffith, Francis H. Monek* and *John L. Mechem* for petitioner.  *H. Victor Spike* for respondent. ■

No. 713.  DARR *v.* BURFORD, WARDEN.  C. A. 10th Cir. Certiorari granted.  *John B. Ogden* for petitioner. ■

No. 742.  MANUFACTURERS TRUST Co., TRUSTEE, *v.* BECKER ET AL.  C. A. 2d Cir.  Certiorari granted.  *Edward K. Hanlon* for petitioner.  *David W. Kahn* for respondents.  *Solicitor General Perlman* and *Roger S. Foster* filed a brief for the Securities & Exchange Commission, as *amicus curiae,* supporting the petition. ■

No. 746.  CREEL ET AL. *v.* LONE STAR DEFENSE CORP. C. A. 5th Cir.  Certiorari granted.  *C. M. Kennedy* and *Pat Coon* for petitioners.  *Otto Atchley* for respondent.

No. 751.  REO MOTORS, INC. *v.* COMMISSIONER OF INTERNAL REVENUE.  C. A. 6th Cir.  Certiorari granted. *James O. Wynn* and *N. Barr Miller* for petitioner.  *Solicitor General Perlman* filed a memorandum for respondent.